In re:                                                          Case No. 13-42139-RLE
Therese Marie Breen                                             Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0971-4          User: rasingh          Page 1 of 1          Date Rcvd: Jun 23, 2014
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2014.
13369142      +CAPITAL ONE BANK (USA), N.A.,     PO Box 12907,    Norfolk VA 23541-0907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2014                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2014 at the address(es) listed below:
            Martha G. Bronitsky    13trustee@oak13.com
            Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov,  ltroxas@hotmail.com
            Patrick L. Forte    on behalf of Debtor Daniel Nicholas Van Gorder pat@patforte.com
            Patrick L. Forte    on behalf of Joint Debtor Therese Marie Breen pat@patforte.com
            Ryan M. Davies    on behalf of Creditor    U.S. Bank National Association, as Trustee for
            Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR5
            rdavies@amslca.com,  bnc@amslca.com
                                                                              TOTAL: 5

# United States Bankruptcy Court

### Northern District of California
### Case No. 13-42139
### Chapter 13

In re: Debtor(s) (including Name and Address)

Therese Marie Breen
1122 Connecticut Avenue
San Pablo CA 94806

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/20/2014.

Name and Address of Alleged Transferor(s):

Claim No. 11: CAPITAL ONE BANK (USA), N.A., PO Box 12907, Norfolk VA 23541

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  06/25/14

Gloria L. Franklin
**CLERK OF THE COURT**